```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 25, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ICOS VISION SYSTEMS CORPORATION N.V. and ICOS VISION SYSTEMS, INC.,

    Plaintiffs,

-against-

SCANNER TECHNOLOGIES CORPORATION,

    Defendant.

1:10-cv-00604-PAC

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action that all claims, counterclaims, and potential claims and counterclaims (including all compulsory and permissive counterclaims) between the parties are hereby dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

Dated: July 24, 2013

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP | Huntsman Law Group, PLLC |
| By: *[signature]* | By: *[signature]* |
| Clifford R. Michel<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Tel: 212-506-5000<br>Fax: 212-506-5151 | Robert A. Huntsman (*pro hac vice*)<br>10400 Overland Road, #174<br>Boise, ID 83709<br>Tel: 208-860-4379<br>Fax: 208-362-3723 |
| I. Neel Chatterjee (*pro hac vice*)<br>Monte M.F. Cooper (*pro hac vice*)<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Tel: 650-614-7400<br>Fax: 650-614-7401 | Jacqueline I. Meyer<br>Hodson Russ LLP<br>1540 Broadway<br>New York, NY 10036<br>Tel: 212-751-4300<br>Fax: 212-751-0928 |
| Attorneys for Plaintiffs<br>ICOS VISION SYSTEMS<br>CORPORATION N.V. and ICOS<br>VISION SYSTEMS, INC. | Attorneys for Defendant<br>SCANNER TECHNOLOGIES<br>CORPORATION |

07/25/13

SO ORDERED:

*[signature]*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE